Skalyo v Alessi (2024 NY Slip Op 03314)

Skalyo v Alessi

2024 NY Slip Op 03314

Decided on June 14, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 14, 2024

PRESENT: LINDLEY, J.P., CURRAN, BANNISTER, GREENWOOD, AND DELCONTE, JJ. (Filed June 14, 2024.) 

MOTION NO. (1023/23) CA 22-00860.

[*1]GARY J. SKALYO, PLAINTIFF, 
v
DONALD ALESSI, SR., ESQ., ALESSI LAW FIRM, DEFENDANTS-APPELLANTS, WILLIAM ILECKI, ESQ., ILECKI & OSTROWSKI, LLP, DEFENDANTS-RESPONDENTS, ET AL., DEFENDANT.

MEMORANDUM AND ORDER
Motion for leave to appeal to the Court of Appeals denied.